## Fred C. Ramp, Appellee, v. W. P. Rooney Company, Appellant.

### Gen. No. 23,311. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed October 2, 1917.

### Statement of the Case.

Action on an account stated by Fred C. Ramp, plaintiff, against the W. P. Rooney Company, a corporation, defendant, in which judgment by default in favor of plaintiff for $251.50 was entered. The judgment was on motion of defendant vacated and plaintiff was ordered to file a more specific statement of claim. This done, defendant sought to have the amended statement stricken for the reason that the affidavit of claim was signed not by plaintiff, but by his alleged agent. From a judgment in favor of plaintiff, upon denial of such motion, defendant appeals.

Louis W. McINTYRE, for appellant.

No appearance for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 29*—*when presumed that rule in effect permitting agent of plaintiff to swear to affidavit of claim.* In an action in the Municipal Court of Chicago, where nothing to the contrary appears in the record, it will be presumed on appeal that there had been adopted and was in force at the time of the execution of an affidavit of claim by an agent of plaintiff a rule of the Municipal Court permitting such agent to swear to such affidavit.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.